SCWC-11-0001043

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

NOLAN K. CRABBE, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0001043; FC-CR. NO. 08-1-2331)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., McKenna and Pollack, JJ.,
Circuit Judge Browning, in place of Recktenwald, C.J., recused,
and Circuit Judge Sakamoto, in place of Acoba, J., recused)

Petitioner/Defendant-Appellant Nolan K. Crabbe's

application for writ of certiorari filed on February 23, 2014, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, March 21, 2014.

Harrison L. Kiehm                    /s/ Paula A. Nakayama
for petitioner

                                     /s/ Sabrina S. McKenna
Sonja P. McCullen
for respondent                       /s/ Richard W. Pollack

                                     /s/ Karl K. Sakamoto

                                     /s/ R. Mark Browning

